IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARL OSBORNE        :
            :  CIVIL ACTION NO. 02-CV-3373
      Plaintiff,   :
            :
  v.          :
            :
BAYER CORPORATION;    :  ENTRY OF APPEARANCE
BAYER AG;        :
GLAXOSMITHKLINE, PLC;   :
GLAXOSMITHKLINE;     :
SMITHKLINE BEECHAM    :
            :
      Defendants.  :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____  _____
Hope S. Freiwald        Aline Fairweather


_____  _____
Alison T. Conn         Kirstin J. Miller


            DECHERT PRICE & RHOADS
            4000 Bell Atlantic Tower
            1717 Arch Street
            Philadelphia, PA  19103-2793
            (215) 994-4000